ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Lulus Ostrich Ranch | ) ASBCA Nos. 60980, 61225, 61226 |
| | ) |
| Under Contract No. FA3016-12-P-0015 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. William R. Hayward
    Owner

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
    Heather M. Mandelkehr, Esq.
    Maj Ryan P. Payne, USAF
    Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE MCILMAIL

The parties have settled their dispute and request that the Board enter judgment in favor of appellant. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' joint request, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $3,600. This amount is inclusive of all interest, and no further interest shall be paid. Each party will bear its own costs.

Dated: 18 January 2018

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60980, 61225, 61226, Appeals of Lulus Ostrich Ranch, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals